UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CARDIAC PACEMAKERS, INC., a Minnesota Corporation, and GUIDANT SALES CORPORATION, INC., an Indiana Corporation,

Plaintiffs,

v.

MEDTRONIC, INC., a Minnesota Corporation, and MEDTRONIC USA, INC., a Minnesota Corporation,

Defendants.

Civ. No. 00-2503 (MJD/JGL)

**ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This matter came before the Court on the parties' Stipulation Extending Time to Answer Complaint in this action. Based on the parties' Stipulation,

IT IS ORDERED that the Motion is GRANTED as follows:

1. Defendants shall have an extension of time to answer the Complaint as agreed upon by stipulation of the parties.

**SO ORDERED.**

Dated: Dec. 14, 2000

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

FILED DEC 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

1437755.1