UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2503 (MJD/JGL)

---

CARDIAC PACEMAKERS, INC., et al.,

Plaintiffs,

**PRETRIAL ORDER**

v.

MEDTRONIC, INC., et al.,

Defendants.

---

This matter came before the Court on the parties' Joint Motion To Adopt Rule 26(f) Report and Pretrial Schedule From Related Case. Based on the parties' joint motion and pursuant to Rule 16, Fed.R.Civ.P.,

IT IS ORDERED that the Joint Motion is GRANTED as follows:

1. The Rule 26(f) Report submitted November 29, 2000 in Medtronic, Inc., et al. v. Guidant Corporation, et al., Civil No. 00-1473 (MJD/JGL) is adopted in its entirety for purposes of this case as modified by the December 4, 2000 Pretrial Order entered in that matter.

2. The January 31, 2001 Notice of Pretrial Conference in the above-captioned case is vacated.

**SO ORDERED.**

DATED: Feb. 21, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED FEB 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD