IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Medtronic, Inc., et al., Plaintiffs, vs. Guidant Corporation, et al., Defendants. | ) | **Civil No. 00-1473 MJD/JGL** Hon. Michael J. Davis Hon. Jonathan G. Lebedoff |
| Cardiac Pacemakers, Inc., Guidant Sales Corporation, Inc., Plaintiffs, vs. Medtronic, Inc., et al., Defendants. | ) | Civil No. 00-2503 MJD/JGL Hon. Michael J. Davis Hon. Jonathan G. Lebedoff |

**STIPULATION AND TEMPORARY PROTECTIVE ORDER**

To facilitate production and receipt of information before entry of a regular protective order in this action, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-identified action, through their respective counsel of record, subject to approval by the Court, as follows:

MAR 21 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

1. Until entry of a permanent protective order, anything produced in these actions shall be treated as "Outside Attorney Eyes Only" and shall not be disclosed or made available to any person or entity other than:

Attorneys of Robins, Kaplan, Miller & Ciresi L.L.P.; McAndrews, Held & Malloy, Ltd. and Faegre & Benson, including necessary clerical and support personnel (for example, paralegals, data entry personnel, copy services, visual aid providers, or jury consultants) who are assisting such attorneys.

2. After entry of a permanent protective order, anything produced under this temporary order will be governed by the permanent protective order.

COUNSEL FOR MEDTRONIC, INC.

Andrew W. Horstman

Dated: March 16, 2001

Michael V. Ciresi (#16949)
Andrew W. Horstman (#47259)
Stephanie J. Kravetz (#220425)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

COUNSEL FOR GUIDANT CORPORATION,
CARDIAC PACEMAKERS, INC. and
GUIDANT SALES CORPORATION

_________________________ Dated: 3/16/, 2001

Kenneth A. Liebman (#236731)
Charles F. Webber (#215247)
FAEGRE & BENSON L.L.P.
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402

Timothy J. Malloy
Stephen F. Sherry
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street
34th Floor
Chicago, IL 60661

IT IS SO ORDERED, with the consent of the parties, this 21 day of March, 2001.

_________________________
Hon. Jonathan Lebedoff
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 708
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.