4/20/11

# UNITED STATES DISTRICT COURT
## District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-2503 MJD/JGL **Case Title:** Cardiac Pacemakers, Inc. v. Medtronic

**Affidavit of Movant**

I, Charles F. Webber, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Stephen F. Sherry, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Guidant in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] #215247 4/17/01

Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Stephen F. Sherry, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Stephen F. Sherry [signature] 04/16/01

Type/Print Name Signature Date

Attorney License Number: #6183720 (Illinois)

Law Firm Name & Address: McAndrews, Held & Malloy
500 West Madison, 34th Floor
Chicago, Illinois 60661

Telephone: ( ) (312) 775-8000

Motion Granted: [signature: Francis E. Dosal] Date
For the Court: Francis E. Dosal, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

(18)

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM