IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Medtronic, Inc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Guidant Corporation, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00-1473 MJD/JGL<br><br>Hon. Michael J. Davis<br>Hon. Jonathan G. Lebedoff |
| Cardiac Pacemakers, Inc.,<br>Guidant Sales Corporation, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Medtronic, Inc., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00-2503 MJD/JGL<br><br>Hon. Michael J. Davis<br>Hon. Jonathan G. Lebedoff |

**ORDER MODIFYING PRETRIAL ORDER**

This matter came before the Court on the parties' Joint Motion to Modify Pretrial Order. Based upon the parties' joint motion and pursuant to Rule 16, Fed. R. Civ. P.,

IT IS ORDERED that the Joint Motion is granted as follows:

1) the deadline for "Claim Charts Regarding Patent Infringement" (referred to at section (D)(1)(a) of the parties' Rule 26(f) Report) shall be further extended from June 28, 2001, to July 30, 2001;

2) the deadline for "Response Charts" (referred to at section (D)(1)(b) of the parties' Rule 26(f) Report) shall be further extended 30 days from August 13, 2001, to September 13, 2001; and

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3) the date by which all motions which seek to amend any pleading or to add any parties must be filed (referred to in paragraph 1 of the Pretrial Order) shall be further extended from June 30, 2001, to July 31, 2001.

**SO ORDERED.**

Dated: June 29, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge