UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medtronic, Inc. and
Medtronic USA, Inc.,

Plaintiffs,

v.

ORDER
Civ. No. 00-1473(MJD/JGL)

Guidant Corporation and
Cardiac Pacemakers, Inc.,

Defendants.

---

Cardiac Pacemakers, Inc. and
Guidant Sales Corporation,

Plaintiffs,

v.

Civ. No. 00-2503 (MJD/JGL)

Medtronic, Inc.

Defendant.

---

This matter is before the Court upon Medtronic's appeal of Magistrate Judge Lebedoff's Order dated December 19, 2001. Medtronic seeks reversal of Magistrate Judge Lebedoff's Order denying in part its motion for a protective order.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Based on a review of the record and the submissions of parties, the Court concludes that the Magistrate Judge's Order is not contrary to law or clearly erroneous. Accordingly,

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED that the Order dated December 19, 2001 [Docket No. 46]is AFFIRMED.

Date: Jan. 29, 2002

Michael J. Davis
Michael J. Davis
United States District Court

Civ Nos. 00-1473 and 00-2503