UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cardiac Pacemakers, Inc. and
Guidant Sales Corporation,

Plaintiffs,

Civil No. 00-2503 (MJD/JGL)

vs.

Medtronic, Inc. and
Medtronic USA, Inc.,

Defendants.

**ORDER AMENDING**
**AMENDED PRETRIAL ORDER**

This matter came before the Court on the parties' stipulation to an order amending the Amended Pretrial Order, dated August 16, 2001. Based on the parties' stipulation,

IT IS HEREBY ORDERED that Paragraph 2 of the Amended Pretrial Order, dated August 16, 2001, is hereby amended to provide as follows:

> 2. Guidant Corporation, Cardiac Pacemakers, Inc. and Guidant Sales Corporation (collectively "Guidant/CPI") shall serve their "Claim Chart Regarding Patent Infringement" as defined in the Rule 26(f) Report by February 1, 2002, and their damages calculations by February 15, 2002.

All other provisions of the Amended Pretrial Order shall remain in full force and effect.

SO ORDERED.

Dated: Feb 5, 2002

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

M2:20439994.01

FILED FEB 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medtronic, Inc. and Medtronic USA, Inc.,

Plaintiffs, Civil No. 00-1473 (MJD/JGL)

vs.

Guidant Corporation and
Cardiac Pacemakers, Inc.,

Defendants.

Cardiac Pacemakers, Inc., and
Guidant Sales Corporation,

Plaintiffs, Civil No. 00-2503 (MJD/JGL)

vs.

Medtronic, Inc. and Medtronic USA, Inc.,

Defendants.

**STIPULATION TO MODIFICATION OF AMENDED PRETRIAL ORDER**

The parties, through their undersigned counsel, hereby stipulate that the Court may enter the attached order without further notice or a hearing.



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 30, 2002

ROBINS, KAPLAN,
MILLER & CIRESI L.L. P.

Michael V. Ciresi (#16949)
Andrew W. Horstman (#47259)
Sara A. Poulos (#18830X)
Stephanie J. Kravetz (#220425)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Attorneys for Medtronic, Inc. and
Medtronic USA, Inc.

M2:20439994.01

Dated: January 31, 2002

FAEGRE & BENSON LLP

Kenneth A. Liebman (#236731)
Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

McANDREWS, HELD
& MALLOY, LTD.
Timothy J. Malloy
Stephen F. Sherry
Peter J. McAndrews
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000

Attorneys for Cardiac Pacemakers, Inc. and
Guidant Sales Corporation