421904

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number: 00-2503 MJD/JDL

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Charles F.Webber, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Joseph F. Harding, an attorney admitted to practice in the Northern, District of Illinois , but not admitted to the bar of this court, who will be counsel for the (X ) plaintiff ( ) defendant Guidant Corporation in the cause(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

February 25, 2002
(Date)

(Signature)

Minnesota Attorney
License Number: 215247

Law Firm: Faegre & Benson LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

Affidavit of Proposed Admittee

I, Joseph F. Harding, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 00-2503 MJD/JDL

Judge Assigned: Hon. Jonathon G. Lebedoff, U.S.M.J. / Hon. Michael J. Davis, U.S.D.J.

Case Title: Cardiac Pacemakers, Inc., et. al. v. Medtronic, et. al.

---

2-25-2002
(Date)

Joseph F. Harding
(Type/Print Name)

(Signature)

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
(Social Security No.)

6272355
(Atty. License No.)

2000
(Date of Admission)

Law Firm: McAndrews, Held & Malloy, Ltd.
Suite/Bldg: 34th Floor
Street Address: 500 W. Madison Street
City, State Zip: Chicago, Illinois 60661
Telephone: (312) 775-8000

Motion Granted;
For the Court, Richard D. Sletten, Clerk

FEB 28 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK