**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Medtronic, Inc.
and Medtronic USA, Inc.,

Civil File No. 00-1473 (MJD/JGL)
Civil File No. 00-2503 (MJD/JGL)

Plaintiffs and
Counterclaim Defendants,

v.

**ORDER**

Guidant Corporation
and Cardiac Pacemakers, Inc.,

Defendants and
Counterclaim Plaintiffs.

---

This matter is before the Court on the parties' dispute over whether or not live expert witnesses can be called during the Markman hearing scheduled for the week. It is entirely appropriate and perhaps preferable to use expert testimony to help the Court construe claims, especially when the Court must construe technical terms. See Pitney Bowes, Inc v. Hewlett-Packard Co., 182 F.3d 1298, 1309 (Fed. Cir. 1999). The Court notes that the upcoming Markman hearing will involve the construction of claims in eight patents related to atrial defibrillation. The patents contain numerous technical terms, and it is the Court's conclusion that this is precisely the type of proceeding in which expert testimony would be of assistance to the Court.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that both parties may call witnesses to assist the Court,

FILED 8-5-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

provided that any such witnesses must be identified on the approved district court witness list form, and that such list must be provided to the Court by Friday, August 8, 2003.

Dated: August 5, 2003

Michael J. Davis
United States District Court Judge