**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

-----------------------------------------------------

MEDTRONIC, INC., and
MEDTRONIC USA, Inc.,

**Civ. No. 00-1473 MJD / JGL**

Plaintiffs,

v.

GUIDANT CORPORATION, and
CARDIAC PACEMAKERS, INC.

Defendants.

-----------------------------------------------------

CARDIAC PACEMAKERS, INC. and
GUIDANT SALES CORPORATION

Counterclaim Plaintiffs, **Civ. No. 00-2503 MJD / JGL**

v.

MEDTRONIC, INC.,

Counterclaim Defendant.

-----------------------------------------------------

**STIPULATION OF PARTIES TO THE AMENDED PRETRIAL ORDER**

The Amended Pretrial Order entered August 26, 2002 by Magistrate Judge Jonathan G. Lebedoff sets a number of deadlines for completing pretrial preparations in the above-identified cases which are calculated based upon the service date of the trial court's Markman claim construction ruling. On May 25, 2004, Judge Michael J. Davis issued a Memorandum of Law & Order setting forth the claim construction for the representative claims presented by the parties.



Word 20097339.1

The parties wish to extend the deadlines in the August 26, 2002 Amended Pretrial Order by 60 days in order to provide an opportunity to engage in discussions directed toward settling this litigation.

Accordingly, the above-named parties hereby AGREE AND STIPULATE to the terms of the attached Amended Pretrial Order. The parties further agree that these changes are reasonable and necessary to allow for the possible resolution of these matters while ensuring proper litigation of these cases in the event a settlement is not reached. The parties, therefore, respectfully request that this Court approve and sign the attached Amended Pretrial Order.

MEDTRONIC, INC. AND MEDTRONIC USA, INC.

s/Andrew W. Horstman

Date: June 24, 2005

Michael V. Ciresi (#16949)
Andrew H. Horstman (#47259)
Stephanie J. Kravetz (#220425)

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

GUIDANT CORPORATION, CARDIAC PACEMAKERS, INC.
AND GUIDANT SALES CORPORATION

s/James W. Poradek

Date June 25, 2004

Kenneth A. Liebman (#236731)
James W. Poradek (#290488)

FAEGRE & BENSON L.L.P.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000



Word 20097339.1

Timothy J. Malloy
Stephen F. Sherry
Peter J. McAndrews

McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
312-775-8000



**Word 20097339.1**