**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

--------------------------------------------------

MEDTRONIC, INC., and
MEDTRONIC USA, Inc.,

**Civ. No. 00-1473 MJD / JGL**

Plaintiffs,

v.

GUIDANT CORPORATION, and
CARDIAC PACEMAKERS, INC.

Defendants.

--------------------------------------------------

CARDIAC PACEMAKERS, INC. and
GUIDANT SALES CORPORATION

Counterclaim Plaintiffs, **Civ. No. 00-2503 MJD / JGL**

v.

MEDTRONIC, INC.,

Counterclaim Defendant.

-----------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2004, I have caused to be electronically filed:

Stipulation of the Parties to the Amended Pretrial Order

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael V Ciresi at mvciresi@rkmc.com

Andrew Walter Horstman at awhorstman@rkmc.com

Stephanie J Kravetz at sjkravetz@rkmc.com, smcampbell@rkmc.com

Niall A MacLeod at namacleod@rkmc.com, bmdamyanovich@rkmc.com

Dated: June 25, 2004

s/James W. Poradek

James W. Poradek (#290488)
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000