**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------------

MEDTRONIC, INC., and
MEDTRONIC USA, Inc.,

**Civ. No. 00-1473 MJD / JGL**

Plaintiffs,

v.

GUIDANT CORPORATION, and
CARDIAC PACEMAKERS, INC.

Defendants.

---------------------------------------------------

CARDIAC PACEMAKERS, INC. and
GUIDANT SALES CORPORATION

Counterclaim Plaintiffs, **Civ. No. 00-2503 MJD / JGL**

v.

MEDTRONIC, INC.,

Counterclaim Defendant.

------------------------------------------------

**AMENDED PRETRIAL ORDER**

This matter came before the Court on the Stipulation Of Parties To The Amended Pretrial Order (Doc 158 in 00CV1473 and Doc. 120 in 00CV2503). Based on the Stipulation and pursuant to Rule 16, Fed.R.Civ.P.,

IT IS HEREBY ORDERED as follows:

1. Not later than November 22, 2004, each Party asserting an "advice of counsel" defense shall produce or make available for inspection and copying the opinion(s) and any other

documents relating to the opinion(s) as to which that Party agrees the attorney-client or work product protection has been waived, and serve a privilege log identifying any other documents, except those authored by counsel acting solely as trial counsel, relating to the subject matter of the opinion(s) which the Party is withholding on the grounds of attorney-client privilege or work-product protection. All disclosures required by the following schedule shall be served by facsimile or electronically and U.S. mail, first class. Voluminous attachments or exhibits may be served by overnight delivery instead of facsimile or electronically provided that an index of such attachments or exhibits is served by facsimile or electronically.

2. All Parties shall disclose the identity of all expert witnesses by December 7, 2004.

3. All Parties shall serve their main expert reports (dealing with the issues on which that Party bears the burden of proof at trial) no later than thirty (30) days after the deadline for disclosing its expert witnesses.

4. All Parties shall serve their rebuttal expert reports no later than sixty (60) days after the deadline for service of the main expert reports.

5. All Parties shall exchange a preliminary list of fact witnesses for trial and a preliminary list of physical and documentary trial exhibits on the same date main expert reports are due.

6. The period during which the Parties may seek fact discovery shall be completed by the deadline for service of all rebuttal expert reports.

7. The period during which the Parties may seek expert discovery shall be completed no later than sixty (60) days after the deadline for service of all rebuttal expert reports.

8. All non-dispositive motions, specifically those which relate to discovery, must be filed prior to the deadline for the completion of expert discovery.

9. Until further notice, all dispositive motions must be noticed, served and filed in accordance with the Local Rules no later than thirty (30) days after the deadline for the completion of expert discovery.

10. This case will be considered “ready for trial” no later than 120 days after the deadline for completion of expert discovery.

Other than the matters set forth above, the Rule 26(f) Report remains in effect.

SO ORDERED.

Dated August 12, 2004

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge