**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------------
MEDTRONIC, INC., and
MEDTRONIC USA, Inc.,

**Civ. No. 00-1473 MJD / JGL**

Plaintiffs,

v.

GUIDANT CORPORATION, and
CARDIAC PACEMAKERS, INC.

Defendants.

---------------------------------------------------

CARDIAC PACEMAKERS, INC. and
GUIDANT SALES CORPORATION

Counterclaim Plaintiffs, **Civ. No. 00-2503 MJD / JGL**

v.

MEDTRONIC, INC.,

Counterclaim Defendant.

------------------------------------------------

**<u>STIPULATION FOR ORDER OF DISMISSAL</u>**

Plaintiffs Medtronic, Inc. and Medtronic USA, Inc. ("Medtronic") and Defendants Guidant Corporation, Cardiac Pacemakers, Inc. and Guidant Sales Corporation (collectively "Guidant/CPI"), having settled several disputes and having agreed as part of their settlement to the dismissal of the above-entitled actions, do hereby stipulate and agree that the Court may enter the following Order:

1. Medtronic's complaint, claims, and counterclaims shall be dismissed with prejudice;

2. Guidant/CPI's complaint, claims, and counterclaims shall be dismissed with prejudice;

3. Each party shall bear its own costs and attorney fees; and

4. There being no other issues, this Judgment shall be final.

By:

s/Niall A. MacLeod 12/22/04
______________________________

Michael V. Ciresi (#16949)
Stephanie J. Kravetz (#220425)
Niall A. MacLeod (#269281)
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
Attorneys for Medtronic, Inc. and Medtronic Inc.

s/James W. Poradek 12/23/04
By:______________________________

Kenneth A. Liebman (#236731)
James W. Poradek (#290488)
Faegre & Benson L.L.P
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Attorneys for Guidant Corporation, Cardiac Pacemakers, Inc. and Guidant Sales Corporation